UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>JOY D. WILDE, an individual; and ESTATE OF SCOTT B. WILDE,<br><br>              Defendants. | No. CV 12-5173-CBM-(SPx)<br><br>**JUDGMENT** |

The above-entitled action was tried before the Honorable Consuelo B. Marshall, United States District Judge on February 27, 2014.  Consistent with the Court's May 22, 2014 Order (Docket No. 43), **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendant Estate of Scott Wilde.

DATED:  May 23,  2014

_____
Honorable Consuelo B. Marshall
United States District Judge